UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LATASHA WINKFIELD, an individual parent and guardian of Jahi McMath, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>CHILDRENS HOSPITAL OAKLAND, Dr. David Durand M.D. and Does 1 through 10, inclusive,<br><br>Defendants. | Case No: C 13-5993 SBA<br><br>**ORDER** |

On December 30, 2013, the Court issued an order establishing a briefing schedule on a motion for preliminary injunction and scheduled a hearing on January 7, 2014 at 1:00 p.m. Dkt. 5. After further consideration, the Court hereby modifies the December 30, 2013 order as follows: (1) Plaintiff may file a brief, not to exceed fifteen (15) pages, by no later than January 2, 2014 at 12:00 p.m.; (2) Defendants may file a response, not to exceed (15) pages, by no later than January 3, 2014 at 5:00 p.m.; and (3) Plaintiff may file a reply, not to exceed ten (10) pages, by no later than January 4, 2014 at 12:00 p.m.

IT IS SO ORDERED.

Dated: 12/31/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge