UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA WINKFIELD,<br><br>        Plaintiff(s),<br><br>v.<br><br>CHILDRENS HOSPITAL OAKLAND,<br><br>        Defendant(s).<br>_____/ | No. C-13-05993 DMR<br><br>**ORDER FOR APPEARANCE OF LEAD TRIAL COUNSEL AT SETTLEMENT CONFERENCE** |

The court has reviewed Defendant's confidential settlement letter. It appears that Defendant will be represented by someone other than lead trial counsel at the January 3, 2014 emergency settlement conference. The court's order dated January 2, 2014 specified that **lead trial counsel** must appear. [Docket No. 11.] The court expects that lead counsel Douglas C. Straus will be present on behalf of Defendant at the settlement conference.

IT IS SO ORDERED.

Dated: January 2, 2014

IT IS SO ORDERED

Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge