1 | Douglas C. Straus (Bar No. 96301)
dstraus@archernorris.com
2 | ARCHER NORRIS
2033 North Main Street, Suite 800
3 | Walnut Creek, CA 94596-3759
Telephone: 925.930.6600
4 | Facsimile: 925.930.6620

5 | Attorneys for Defendant
CHILDREN'S HOSPITAL & RESEARCH
6 | CENTER AT OAKLAND

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LATASHA WINKFIELD, as an Individual, and as Guardian Ad Litem and mother of Jahi McMath,<br><br>Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL & RESEARCH CENTER AT OAKLAND; DR. DAVID DURAND, and Does 1-100, inclusive,<br><br>Defendants. | Case No. 4:13-cv-05993-SBA<br><br>**STATUS REPORT**<br><br>Date: 1/7/14<br>Time: 1:00 P.M.<br>Location: Dept. 1, 4th Flr<br>1301 Clay St., Oakland<br>Judge: Hon. Saundra Brown Armstrong |

    Defendant Children's Hospital & Research Center at Oakland ("Children's") is pleased to report that, pursuant to a Stipulation entered into between Plaintiff and Defendant on Friday January 3, 2014 in Alameda County Superior Court action RP-13-707598, the body of Jahi McMath, a deceased minor, was released to the Alameda County Coroner by Children's and thereafter removed from Children's Hospital on Sunday January 5, 2014. At that time, the Temporary Restraining Order issued in Alameda County Superior Court dissolved and Plaintiff accepted sole responsibility for the care of her deceased daughter.

    Defendant respectfully submits that these developments render entirely moot the hearing on injunctive relief set for Tuesday January 7, 2014 at 1:00 P.M. in this matter. Defendant has asked Plaintiff to confirm that the hearing is moot and should be taken off calendar. Plaintiff has

1  not yet responded to that request.

2

3  Dated: January 6, 2014                    ARCHER NORRIS

4

5                                            */s/ Douglas C. Straus*
                                             Douglas C. Straus
6                                            Attorneys for Defendant
                                             CHILDREN'S HOSPITAL & RESEARCH
7                                            CENTER AT OAKLAND

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C0413001/1727267-1                    2                        STATUS REPORT
                                                              4:13-CV-05993-SBA