1  Douglas C. Straus (Bar No. 96301)
   dstraus@archernorris.com
2  ARCHER NORRIS
   2033 North Main Street, Suite 800
3  Walnut Creek, CA  94596-3759
   Telephone:     925.930.6600
4  Facsimile:      925.930.6620

5  Attorneys for Defendant
   CHILDREN'S HOSPITAL & RESEARCH
6  CENTER AT OAKLAND

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | LATASHA WINKFIELD, an individual    | Case No.  4:13-CV-05993-SBA
   | parent and guardian of Jahi McMath, a |
12 | minor,                               | **~~PROPOSED~~ ORDER GRANTING ADMINISTRATIVE MOTION TO FILE RECORDS UNDER SEAL**
13 |              Plaintiff,              |
14 | v.                                    |
15 | CHILDRENS HOSPITAL OAKLAND,          |
   | DR. DAVID DURAND, M.D. and DOES      |
16 | 1 through 10, inclusive,              |
17 |              Defendant.               |

18

19

20       This matter is now before the Court on Defendants' unopposed Administrative Motion to

21  File Records Under Seal.  The Court has duly considered the papers and pleadings herein and for

22  good cause appearing therefore,

23

24       IT IS HEREBY ORDERED that the motion to file records under seal is GRANTED and

25  the following portions of the specified documents shall not be made available for public

26  inspection:

27

28

| Document | Portion to be Sealed |
|---|---|
| Exhibit 1 to the Motion to File Records Under Seal – December 24, 2013 proceedings transcribed in Alameda County Superior Court Action No. RP 13707598. | Pages 6 through 47, and pages 54 through 98, as reflected by Exhibit 3 to the Motion to File Records Under Seal. |
| Exhibit 2 to the Motion to File Records Under Seal – Court Exhibit 7 to the December 24, 2013 proceedings in Alameda County Superior Court Action No. RP 13707598. | Entire document. |

IT IS SO ORDERED.

Dated: January 6, 2014

_____
SAUNDRA BROWN ARMSTRONG
U.S. District Judge

C0413001/1726491-1