Christopher B. Dolan, Esq. (SBN 165358)
**THE DOLAN LAW FIRM**
1438 Market Street
San Francisco, California 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

Attorneys for Plaintiff
LATASHA WINKFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA WINKFIELD, | Case No.: C 13-05993 SBA |
| Plaintiff, | NOTICE OF DISMISSAL WITHOUT PREJUDICE BEFORE OPPOSING PARTY SERVES AN ANSWER OR MSJ (FRCP 41) |
| v. | |
| CHILDREN'S HOSPITAL OAKLAND, et al. | |
| Defendants. | Action Filed: Dec. 30, 2013<br>Trial Date: None set |

Plaintiff hereby voluntarily dismisses this action without prejudice to the right to refile. No Answer has been filed in this action, and no Motion for Summary Judgment has been filed.

Dated: January 28, 2014

_____
Christopher B. Dolan

1
VOLUNTARY DISMISSAL WITHOUT PREJUDICE (FRCP 41)